## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, TENNESSEE
## AT JONESBOROUGH

| | |
|---|---|
| NETTIE J. BECKETT and husband EARL DANIEL BECKETT, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 9756 <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF FILING OF REMOVAL

Please take notice that a Notice of Removal of this action from the Circuit Court of Washington County, Tennessee to the United States District Court for the Eastern District of Tennessee, was filed with the Clerk of the United States District Court for the Eastern District of Tennessee, on September 11, 2007. A copy of the Notice of Removal is attached as **Exhibit A**.

Respectfully submitted,

Jennifer Kiesewetter #021061 020161
Evans & Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(901) 525-6781
(901) 374-7486 fax
*Attorney for Defendant*



EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon George Todd East, Attorney for Plaintiffs, 155 Shelby Street, Kingsport, TN 37660, via first class mail postage prepaid on 10th day of September, 2007.

*[signature]*

2