IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| NETTIE J. BECKETT and<br>EARL DANIEL BECKETT, | §<br>§<br>§ | |
| Plaintiffs, | § | CIVIL ACTION NO.: 2:07-CV-223 |
| v. | §<br>§<br>§ | |
| PFIZER, INC., | §<br>§ | |
| Defendant. | § | Jury Trial Demanded |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pfizer Inc. ("Pfizer"), submits this its Corporate Disclosure Statement. Defendants Pfizer states:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

Respectfully submitted,

**EVANS & PETREE, P.C.**
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
(901) 521-4590
(901) 374-7486 (fax)

By: _____
Jennifer Kiesewetter.
State Bar No.: 020161
Email: jkiesewetter@evanspetree.com

**ATTORNEYS FOR DEFENDANT
PFIZER INC.**

-1-

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon George Todd East, Attorney for Plaintiffs, 155 Shelby Street, Kingsport, TN 37660, via first class mail postage prepaid on 10th day of September, 2007.

*[Signature]*

2