

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING  GENEVA  SAN FRANCISCO
BRUSSELS  HONG KONG  SHANGHAI
CHICAGO  LONDON  SINGAPORE
DALLAS  LOS ANGELES  TOKYO
FRANKFURT  NEW YORK  WASHINGTON, D.C.

FOUNDED 1866

September 12, 2007

**By Facsimile (Letter Only) and Federal Express**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: MDL-1699 *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial panel on Multidistrict Litigation, defendant Pfizer inc., by its attorneys, hereby notifies the Panel of the potential tag-along actions in MDL-1699 listed on the attached Schedule A.

Schedule A lists actions that do not include claims against Merck & co. related to Vioxx.

Enclosed are copies of the complaint and docket sheet (where available) for each of the actions listed in Schedule A. Please do not hesitate to contact me if you have any questions about the above.

Very truly yours,

Sherry A. Knutson

Enclosures

cc: Counsel of Record (letter only by U.S. Mail)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 3991303v.1



## SCHEDULE A

**Div.**    **C.A. #**    **Judge**    **Case Caption**

**Eastern District Tennessee**

02    07-00223    Hon. R. Leon Jordan    Nettie J. Beckett and husband Earl Daniel Beckett v. Pfizer Inc.

## ATTORNEYS FOR PLAINTIFFS
## SERVICE LIST

**George T. East**
155 Shelby Street, Suite 3
Kingsport, Tennessee 37660-4225