BCS, CLOSED

# U.S. District Court (Live Database)
## Eastern District of Tennessee (Greeneville)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00223
## Internal Use Only

Beckett et al v. Pfizer, Inc.
Assigned to: Honorable J Ronnie Greer
Referred to: Magistrate Dennis H Inman
Case in other court: Circuit Court of Washington County, TN, 9756
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 09/11/2007
Date Terminated: 10/17/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nettie J Beckett**
*and husband*

represented by **George T East**
-
155 Shelby Street
Suite 3
Kingsport, TN 37660-4225
423-246-3278
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Earl D Beckett**

represented by **George T East**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Jennifer S Kiesewetter**
Evans & Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120-4036
901-525-6781
Fax: 901-521-0681
Email: jkiesewetter@evanspetree.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2007 | 1 | NOTICE OF REMOVAL from Circuit Court of Washington County, TN, case number 9756. ( Filing fee $ 350.00 received, receipt #G2001683 ), filed by Pfizer, Inc.. (Attachments: # 1 Exhibit A - State Complaint and Summons # 2 Exhibit B - Notice of filing of removal # 3 Civil Cover Sheet)(FMM, ) (Entered: 09/11/2007) |
| 09/11/2007 | 2 | Certificate of Corporate Interest by Pfizer, Inc.. (FMM, ) (Entered: 09/11/2007) |
| 09/11/2007 | 3 | Letter from USDC Clerk's Office regarding notice of removal with ECF order attached mailed to George T East, Esq. (Attachments: # 1 Order)(FMM, ) (Entered: 09/11/2007) |
| 09/12/2007 | 4 | *Defendant's* ANSWER to Complaint by Pfizer, Inc..(Kiesewetter, Jennifer) (Entered: 09/12/2007) |
| 09/12/2007 | 5 | ORDER OF RECUSAL by Judge R Leon Jordan on 9/12/07. (ADA) (Entered: 09/12/2007) |
| 09/13/2007 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge J Ronnie Greer for all further proceedings. Judge R Leon Jordan no longer assigned to caseSigned by Judge Curtis L Collier on 9/13/07. (RET) (Entered: 09/13/2007) |
| 09/25/2007 | 7 | Joint MOTION to Stay *of All Proceedings* by Pfizer, Inc.. (Attachments: # 1 Exhibit A Tag Along Letter to Joint Motion for Stay of All Proceedings)(Kiesewetter, Jennifer) (Entered: 09/25/2007) |
| 10/15/2007 | 8 | Letter from MDL Clerk to Clerk of Northern District of California that this case is ready for transfer as soon as the transferee clerk transmits a certified copy of the Panel's order to this court. Conditional Transfer Order (CTO_82)attached. (EBM, ) (Entered: 10/15/2007) |
| 10/17/2007 | 9 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER transferring case to the Northern District of California at San Francisco. (Attachments: # 1 Letter from MDL Clerk# 2 Letter from Clerk of Northern District of California)(EBM, ) (Entered: 10/17/2007) |
| 10/17/2007 |  | Case transferred to Northern District of California at San Francisco. Original file, certified copy of transfer order, and docket sheet sent by e-mail to Sfmdl_clerk@cand.uscourts.gov. (EBM, ) (Entered: 10/17/2007) |